UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J.M.M., et al., ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:14-cv-01197-JAD-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| ANDREA HERNANDEZ, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

It has come to the Court's attention that numerous documents (including the case-initiating documents) have been filed in this case with the minor Plaintiffs' full names, in violation of Special Order No. 108, which requires that only a minor's initials be provided. Accordingly, the Court hereby **INSTRUCTS** the Clerk's Office to change the docket in this case to remove the minor Plaintiffs' full names and replace them with initials. The Court further **ORDERS** the parties to familiarize themselves with Special Order No. 108 and fully comply with it in the future. The Court expects strict compliance with the orders and rules of the Court, and the parties and counsel should be aware that the failure to comply may result in sanctions. *See, e.g.*, *Davis v. Clark County Sch. Dist.*, 2013 U.S. Dist. Lexis 128937, *5 n.3 (D. Nev. Sept. 9, 2013) (sanctioning counsel for repeated failure to comply with Court orders, including order to use only minor's initials in filings).

IT IS SO ORDERED.

DATED: September 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge