JOHN T. KEATING
Nevada Bar No.: 6373
PRINCE | KEATING
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
Telephone: (702) 228-6800
Facsimile: (702) 228-0443
jkeating@princekeating.com
Attorney for Defendants
*Andrea Hernandez and Waldo Hernandez*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J.M. and I.M., minors by and through their natural parent and guardian, JESSICA HARGROVE, <br><br> Plaintiffs, <br><br> vs. <br><br> ANDREA HERNANDEZ; WALDO HERNANDEZ; ANITA MOODY; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK, DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX, <br><br> Defendants. | CASE NO.:   2:14-cv-01197-JAD-NJK <br><br> **STIPULATION AND ORDER TO SET ASIDE DEFAULT** |

IT IS HEREBY STIPULATED by and between Plaintiff JESSICA HARGROVE, and Defendants ANDREA HERNANDEZ and WALDO HERNANDEZ, by and through their respective counsel, that Plaintiff's Default filed on August 21, 2014, shall be set aside in order to allow Defendants

PRINCE | KEATING
ATTORNEYS
9130 W. RUSSELL RD.
SUITE 200
LAS VEGAS, NEVADA 89148
PHONE: (702) 228-6800

1

1  ANDREA HERNANDEZ and WALDO HERNANDEZ to respond to Plaintiff's Complaint.

2  DATED this 24 day of April, 2015.                    DATED this 2nd day of April, 2015.

3
4  PRINCE | KEATING                                      GANZ & HAUF

7  JOHN T. KEATING                                       JASON LATHER
   Nevada Bar No.: 6373                                  Nevada Bar No. 012607
8  9130 W. Russell Road, Ste. 200                        8950 W. Tropicana Ave., Ste. 1
   Las Vegas NV 89148                                    Las Vegas NV 89147
9  Attorney for Defendants                               Attorney for Plaintiff
10 *Andrea Hernandez and Waldo Hernandez*                *Jessica Hargrove*

12                                          ORDER

13      IT IS SO ORDERED that Plaintiff's Default is hereby set aside in order to allow Defendants

14  ANDREA HERNANDEZ and WALDO HERNANDEZ to respond to Plaintiff's Complaint.

16      Dated:  April 27, 2015.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

20  Respectfully Submitted by:

22  PRINCE | KEATING

24  By: _____
    JOHN T. KEATING
25  Nevada Bar No.: 6373
    9130 W. Russell Road, Ste. 200
26  Las Vegas NV 89148
    Attorney for Defendants
27  *Andrea Hernandez and Waldo Hernandez*

PRINCE | KEATING
ATTORNEYS
9130 W. RUSSELL RD.
SUITE 200
LAS VEGAS, NEVADA 89148
PHONE: (702) 228-6800

2