# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J.M.M., et al., | |
| Plaintiff(s), | Case No. 2:14-cv-01197-JAD-NJK |
| vs. | ORDER |
| ANDREA HERNANDEZ, et al., | (Docket No. 36) |
| Defendant(s). | |

Before the Court is the parties' Second Amended Stipulated Protective Order (Docket No. 36), which is hereby **DENIED** without prejudice. First, the pending Second Amended Stipulated Protective Order fails to indicate how it differs from the Amended Stipulated Protective Order entered by the Court (Docket No. 23) and why such changes are being sought.[1]  Second, the Court previously rejected a stipulated protective order in so far as it was seeking that the Court make certain "findings" without an adequate explanation. *See* Docket No. 21.  It appears that the Second Amended Stipulated Protective Order reinserts the same or very similar language. *See* Docket No. 36 at ¶ 17.

IT IS SO ORDERED.

DATED: May 21, 2015

NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Second Amended Stipulated Protective Order indicates only that there has been a new appearance of counsel for two defendants. *See* Docket No. 36 at 2.