**SAO**
MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
JASON LATHER, ESQ.
Nevada Bar No. 012607
GANZ & HAUF
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626

Attorneys for Plaintiffs

-oOo-

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J.M. and I.M., minors by and through their natural parent and guardian, JESSICA HARGROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREA HERNANDEZ; WALDO HERNANDEZ; ANITA MOODY; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK; DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO.: 2:14-cv-01197-JAD-NJK<br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>**(SECOND REQUEST)** |

Pursuant to FRCP 6 and FRCP 26, the parties, by and through their respective counsel of record, hereby stipulate and agree to jointly move this Court for an Order to:

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1 of 6

1. Extend the discovery cut-off deadline from 08/07/15 to 12/07/15;

2. Extend the last date to amend pleadings and add parties from 05/11/15 to 09/08/15;

3. Extend the date for FRCP 26(a)(2) disclosures (experts) from 06/08/15 to 10/08/15;

4. Extend the date to disclose rebuttal expert witnesses from 07/08/15 to 11/09/15;

5. Extend the date to file dispositive motions from 09/08/15 to 01/06/16;

6. Extend the date to file the Interim Status Report from 06/08/15 to 10/08/15;

7. Extend the date to file the Joint Pre-Trial Order from 10/08/15 to 02/05/16; and

8. Extend the date to file Pre-Trial Disclosures or objections to the Pre-Trial Order from 11/06/15 to 03/07/16.

## I.      DISCOVERY COMPLETED

Defendants, Anita Moody; Kim Kallas; Lisa Ruiz-Lee; Paula Hammack; and County of Clark, provided their Initial Witness and Document Disclosure Pursuant to FRCP 26(a)(1) on September 23, 2014, and have since provided eight supplemental disclosures. Plaintiffs provided their Initial Witness and Document Disclosure Pursuant to FRCP 26(a)(1) on September 24, 2014, and has since provided one additional disclosure. Defendant, Lisa Brochu, provided her Initial Witness and Document Disclosure Pursuant to FRCP 26(a)(1) on September 29, 2014, and has since provided two supplemental disclosures.

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 2 of 6

Plaintiffs propounded written discovery on Defendant, County of Clark, and Defendant responded.   Plaintiffs propounded written discovery on Defendant, Lisa Brochu, and Defendant responded.  Defendant, County of Clark, propounded written discovery on Plaintiff, Jessica Hargrove.   Plaintiff has responded to the Requests for Admission; the remaining responses are due June 4, 2015.

Defendant Anita Moody and Defendant Lisa Brochu have been deposed. The parties have also corresponded regarding the availability of the remaining Defendants for their depositions.

## II.   GROUNDS FOR DISCOVERY EXTENSION:

Default was entered against Defendants, Andrea and Waldo Hernandez, on August 21, 2014. (Dkt # 15.)   After the remaining parties answered and conducted discovery for several months, counsel for Mr. and Mrs. Hernandez appeared.  The Default was officially set aside on April 27, 2015. (Dkt # 28.)  Mr. and Mrs. Hernandez answered Plaintiff's Complaint and County of Clark's Cross-Complaint on April 28, 2015.  Subsequently, Defendant Brochu filed a Motion for Leave to Amend Answer to Assert a Crossclaim against Mr. and Mrs. Hernandez as well.

Meanwhile, all parties, including Mr. and Mrs. Hernandez, have been diligently conducting discovery in this case. Defendants disclosed several thousand pages of records.

Additionally, Defendants have designated almost 250 witnesses in their disclosures, and it is unclear at this time which witnesses will need to be deposed.

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Therefore, the parties hereby stipulate and request that this Court extend discovery in the above-captioned case for another 120 days, up to and including December 7, 2015.

The parties recognize that this proposed extension is being sought less than twenty-one (21) days before the first upcoming deadline, the deadline for FRCP 26(a)(2) disclosures (experts).  However, in the interests of fairness to the Hernandez Defendants, all parties agree that there is good cause to extend this deadline, and the remaining discovery deadlines.  The parties first agreed to this extension two weeks ago, but with this many parties and attorneys involved, it took time to confirm specific details of the extension and stipulation.

## III.   DISCOVERY THAT REMAINS TO BE COMPLETED:

A.   Plaintiffs:

1. Plaintiffs would like to take the depositions of Defendants, Kim Kallas, Lisa Ruiz-Lee, Paula Hammack, Andrea Hernandez, and Waldo Hernandez; and additional witnesses disclosed by Defendants;

2. Plaintiffs will propound written discovery upon Defendants, Andrea Hernandez and Waldo Hernandez; and

3. Plaintiffs require additional time to designate experts and consider rebuttal experts.

B.   Defendants:

1. Defendants would like to take the deposition of the Plaintiff;

2. Defendants require additional time to potentially designate experts and consider rebuttal experts; and



8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

3. Defendants may propound additional written discovery upon Plaintiff.

The parties will continue to work together to get the remaining discovery done and depositions completed.

## IV.    PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:

The parties have agreed to extend all of the discovery deadlines in this case by 120 days, as set forth below:

1. Extend the discovery cut-off deadline from 08/07/15 to 12/07/15;

2. Extend the last date to amend pleadings and add parties from 05/11/15 to 09/08/15;

3. Extend the date for FRCP 26(a)(2) disclosures (experts) from 06/08/15 to 10/08/15;

4. Extend the date to disclose rebuttal expert witnesses from 07/08/15 to 11/09/15;

5. Extend the date to file dispositive motions from 09/08/15 to 01/06/16;

6. Extend the date to file the Interim Status Report from 06/08/15 to 10/08/15;

7. Extend the date to file the Joint Pre-Trial Order from 10/08/15 to 02/05/16; and

/ / /

/ / /

/ / /



GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

8. Extend the date to file Pre-Trial Disclosures or objections to the Pre-Trial Order from 11/06/15 to 03/07/16.

DATED this __26th__ day of May, 2015.

GANZ & HAUF

_____/s/ Jason Lather_____
MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
JASON LATHER, ESQ.
Nevada Bar No. 12607
8950 W. Tropicana Avenue, Suite 1
Las Vegas, Nevada 89147
*Attorney for Plaintiffs*

DATED this __26th__ day of May, 2015.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

_____/s/ Felicia Galati_____
WALTER CANNON, ESQ.
Nevada Bar No. 1505
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
*Attorney for Defendants, County of Clark; Anita Moody; Kim Kallas; Lisa Ruiz-Lee; and Paula Hammack*

DATED this __26__ day of May, 2015.

KOLESAR & LEATHAM

_____
ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
JONATHAN BLUM, ESQ.
Nevada Bar No. 009515
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
*Attorney for Defendant, Lisa Brochu*

DATED this __26th__ day of May, 2015.

KEATING LAW GROUP

_____/s/ John Keating_____
JOHN T. KEATING, ESQ.
Nevada Bar No. 6373
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*Attorney for Defendants, Andrea Hernandez and Waldo Hernandez*

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __May 27, 2015__

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV  89147
Phone: (702) 598-4529
Fax: (702) 598-3626