# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J.M.M., et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> ANDREA HERNANDEZ, et al., <br><br> Defendant(s). | Case No. 2:14-cv-01197-JAD-NJK <br><br> ORDER GRANTING MOTION FOR LEAVE TO AMEND <br><br> (Docket No. 32, 40) |

Pending before the Court is Defendant Lisa Brochu's motion for leave to file an amended answer to assert a crossclaim. Docket Nos. 32, 40. The motion was filed once under seal, Docket No. 32, and once on the public docket, Docket No. 40. The Court ordered that the briefing schedule would proceed based on the May 11, 2015, filing of the sealed motion. *See* Docket No. 35. To date, no response has been filed in opposition. Accordingly, the motion is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). Pursuant to Local Rule 15-1(b), no later than June 8, 2015, Defendant Brochu shall file and serve the amended answer.

IT IS SO ORDERED.

DATED: June 1, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge