WALTER R. CANNON, ESQ.
Nevada Bar No.1505
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
wcannon@ocgas.com
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile:  702-383-0701
Attorneys for Defendants ANITA MOODY,
KIM KALLAS, LISA RUIZ-LEE, PAULA HAMMACK,
And COUNTY OF CLARK

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J.M. and I.M., minors by and through their natural parent and guardian, JESSICA HARGROVE,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA HERNANDEZ; WALDO HERNANDEZ; ANITA MOODY; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK; DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO.  2:14-cv-01197-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ANITA MOODY WITH PREJUDICE** |

Page 1 of 3

CLARK COUNTY, a political subdivision of the State of Nevada,

       Cross-Claimant,

v.

ANDREA HERNANDEZ, an individual; WALDO HERNANDEZ, an individual; MOES 1-10, inclusive; and MOE CORPORATIONS 1-10, inclusive,

       Cross-Defendants.

## STIPULATION AND ORDER OF DISMISSAL OF ANITA MOODY WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs J.M. and I.M., minors by and through their natural parent and guardian, JESSICA HARGROVE's causes of action as to Defendant ANITA MOODY only be dismissed with prejudice and all parties are to bear their own costs and attorneys' fees.

DATED this 28th day of August, 2015.     DATED this 2nd day of September, 2015.

GANZ & HAUF            OLSON, CANNON, GORMLEY
                  ANGULO & STOBERSKI

_____     _____
MARJORIE HAUF, ESQ.         WALTER R. CANNON, ESQ.
Nevada Bar No. 008111         Nevada Bar No.1505
JASON LATHER, ESQ.         FELICIA GALATI, ESQ.
Nevada Bar No. 012607         Nevada Bar No. 7341
8950 W. Tropicana Avenue, Suite 1     9950 W. Cheyenne Avenue
Las Vegas, NV 89147          Las Vegas, NV 89129
Attorneys for Plaintiffs          Attorneys for Defendants ANITA MOODY,
                  KIM KALLAS, LISA RUIZ-LEE, PAULA
                  HAMMACK and COUNTY OF CLARK

<u>J.M.M. v. Hernandez, et al.</u>, Case No. 2:14-cv-01197-JAD-NJK
Stipulation and Order of Dismissal of Anita Moody With Prejudice

### ORDER

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that **all claims against defendant Anita Moody are DISMISSED with prejudice**; each party to bear its own fees and costs.

September 4, 2015

SUBMITTED BY:                                    _____
                                                 DISTRICT JUDGE

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

WALTER R. CANNON, ESQ., NV Bar 1505
FELICIA GALATI, ESQ., NV Bar 7341
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendants ANITA MOODY, KIM KALLAS,
LISA RUIZ-LEE, PAULA HAMMACK and COUNTY OF CLARK