MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
GANZ & HAUF
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626

Attorney for Plaintiffs

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J.M. and I.M., minors by and through their natural parent and guardian, JESSICA HARGROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREA HERNANDEZ; WALDO HERNANDEZ; ANITA MOODY; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK; DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO.:   2:14-cv-01197-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DUE DATE FOR PLAINTIFF'S OPPOSITION TO DEFENANT LISA BROCHU'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to FRCP 6 and FRCP 26, the parties, by and through their respective counsel of record, hereby stipulate and agree to jointly move this Court for an Order to:

…

…

…

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1 of 3

1. Extend the due date for Plaintiff's Opposition to Defendant Lisa Brochu's Motion for Summary Judgment from 09/18/15 to 09/25/15.

2. Extend the due date for Defendant's Reply to Plaintiff's Opposition from 9/29/15 to 10/6/15.

The Motion for summary judgment for Defendant Lisa Brochu was originally filed on August 25, 2015. This extension is requested as this Opposition involves a complicated legal matter, and the attorney previously assigned to this case, JASON LATHER, ESQ., no longer works for the law firm of GANZ & HAUF. Additionally, Mr. Lather's paralegal is no longer with the law firm of Ganz & Hauf. There has been a transition within his department, and it has taken Mr. Lather's replacement time to familiarize and catch up on his cases and assignments.

…

…

…

…

…



8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Therefore, Plaintiff respectfully requests that this honorable Court grant the parties stipulation to extend the due date for Plaintiff's Opposition to Defendant Lisa Brochu's Motion for Summary Judgment to 9/25/2015.

DATED this __ day of September, 2015.                    DATED this __ day of September, 2015.

GANZ & HAUF                                              KOLESAR & LEATHAM

/s/ Adam Ganz                                            /s/ Jonathan Blum
_____                                  _____
ADAM GANZ, ESQ.                                          ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 06650                                     Nevada Bar No. 000848
8950 W. Tropicana Avenue, Suite 1                        JONATHAN BLUM, ESQ.
Las Vegas, Nevada 89147                                  Nevada Bar No. 009515
*Attorney for Plaintiffs*                                400 S. Rampart Boulevard, Suite 400
                                                         Las Vegas, Nevada 89145
                                                         *Attorney for Defendant, Lisa Brochu*

## ORDER

This matter having been stipulated to by the parties, through their respective counsel, and the Court being otherwise duly advised;

IT IS HEREBY ORDERED that the Due Date for Plaintiff's Opposition to Defendant Lisa Brochu's Motion for Summary Judgment will be extended from September 18, 2015 to September 25, 2015, and extend the due date for Defendant's Reply to Plaintiff's Opposition from September 29, 2015 to October 6, 2015.

Dated: September 22, 2015.

_____
UNITED STATES DISTRICT JUDGE

