# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| J.M.M., et al., | ) | |
|            Plaintiff(s), | ) | Case No. 2:14-cv-01197-JAD-NJK |
| vs. | ) | ORDER |
| ANDREA HERNANDEZ, et al., | ) | |
|            Defendant(s). | ) | |

It should not be difficult for counsel to follow clear Court orders and rules of practice. *See, e.g.*, *Dela Rosa v. Scottsdale Memorial Health Sys., Inc.*, 136 F.3d 1241, 1244 (9th Cir. 1998) ("we expect an attorney practicing law in federal court to become familiar with and follow rules applicable to practice in this court"). The lead Plaintiffs in this case are minors. The Court has previously advised counsel of the requirements of Special Order No. 108, including that only a minor's initials be provided in Court filings. *See* Docket Nos. 18, 35; *see also* Fed. R. Civ. P. 5.2(a)(3). The Court has warned counsel <u>twice</u> already in this case that the Court expects strict compliance with that requirement in the future, and that failure to do so may result in sanctions. *See* Docket Nos. 18, 35 (citing *Davis v. Clark County Sch. Dist.*, 2013 U.S. Dist. Lexis 128937, *5 n.3 (D. Nev. Sept. 9, 2013)). Notwithstanding the above orders, special order, and applicable Federal Rule of Civil Procedure, counsel have yet again filed on the public docket a document revealing the minor Plaintiffs' full names both in the caption and in the body of the document. Docket No. 57. <u>This is the **FINAL** warning to counsel</u>. All counsel are required to use only initials for the minor Plaintiffs in their Court filings. Counsel should anticipate a significant Court sanction if they do not comply in the future.

1   In addition, the joint interim status report fails to provide the basic information required by Local
2   Rule 26-3. Counsel shall all review that rule, and file a proper interim status report no later than October
3   16, 2015.
4   IT IS SO ORDERED.
5   DATED: October 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge