1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10
11
12
13
14

| | |
|---|---|
| J.M., et al., | ) |
| | )    Case No. 2:14-cv-01197-JAD-NJK |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) |
| | ) |
| ANDREA HERNANDEZ, et al., | )    (Docket No. 60) |
| | ) |
| Defendant(s). | ) |
| | ) |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pending before the Court is Plaintiffs' counsel's motion to remove Guardian Jessica Hargrove and appoint proposed Guardian *Ad Litem* Dara Goldsmith. Docket No. 60. The Court hereby **SETS** a hearing on the motion for November 4, 2015, at 11:00 a.m. in Courtroom 3C. Guardian Jessica Hargrove, proposed Guardian *Ad Litem* Dara Goldsmith, and Plaintiff's counsel shall appear at the hearing in person.

No later than October 22, 2015, Plaintiffs' counsel of record shall serve Jessica Hargrove and Dara Goldsmith with this order and shall file a proof of service.

IT IS SO ORDERED.

DATED: October 19, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge