SAO
MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
GANZ & HAUF
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
Attorney for Plaintiffs

-o0o-

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J.M. and I.M., minors by and through their natural parent and guardian, JESSICA HARGROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREA HERNANDEZ; WALDO HERNANDEZ; ANITA MOODY; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK; DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO.:   2:14-cv-01197-JAD-NJK |

**<u>STIPULATION AND PROPOSED ORDER TO EXTEND DUE DATE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS KIM KALLAS, LISA RUIZ-LEE, PAULA HAMMACK, AND COUNTY OF CLARK'S MOTION TO COMPEL PLAINTIFF TO APPEAR FOR DEPOSITION (FIRST REQUEST)</u>**

Pursuant to LR 7-1 and 7-2, the parties, by and through their respective counsel of record, hereby stipulate and agree to extend the due date for Plaintiffs' response to Defendants' Motion to Compel Jessica Hargrove to Appear for Deposition from October 18, 2015 to October 23, 2015,

. . .



1  and respectfully request that this Court approve this stipulation and enter an Order reflecting the
2  same. This extension has become necessary due to scheduling conflicts arising from Plaintiff's
3  counsel's trial calendar.

DATED this 19th day of October, 2015.         DATED this 19th day of October, 2015.

GANZ & HAUF                                    OLSON CANNON GORMLEY ANGULO & STOBERSKI

/s/ Cara Xidis, Esq.                           /s/ Felicia Galati, Esq.
_____                      _____
MARJORIE HAUF, ESQ.                            FELICIA GALATI, ESQ.
Nevada Bar No. 8111                            Nevada Bar No. 7341
CARA XIDIS                                     9950 W. Cheyenne Avenue
Nevada Bar No. 11743                           Las Vegas, NV 89129
8950 W. Tropicana Avenue, Suite 1              Attorney for Defendants, Anita Moody, Kim
Las Vegas, Nevada 89147                        Kallas, Lisa Ruiz-Lee, Paula Hammack, and
Attorney for Plaintiffs                        County of Clark

### ORDER

This matter having been stipulated to by the parties, through their respective counsel, and the Court being otherwise duly advised;

IT IS HEREBY ORDERED that the due date for Plaintiff's response to Defendants Kim Kallas, Lisa Ruiz-Lee, Paula Hammack, and County of Clark's Motion to Compel Plaintiff to Appear for Deposition to be extended from October 18, 2015 to October 23, 2015.

DATED: October 20, 2015

_____
UNITED STATES MAGISTRATE JUDGE



## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that on this date, I served the foregoing **STIPULATION AND PROPOSED ORDER TO EXTEND DUE DATE FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS KIM KALLAS, LISA RUIZ-LEE, PAULA HAMMACH AND COUNTY OF CLARK'S MOTION TO COMPEL PLAINTIFF TO APPEAR FOR DEPOSITION** through the CM/ECF system of the United States District Court for the District of Nevada, upon the following:

FELICIA GALATI, ESQ.
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Facsimile: (702) 383-007
*Attorney for Defendants, Clark County, Moody, Kallas, Ruiz-Lee, & Hammack*

ALAN LEFEBVRE, ESQ.
JONATHAN BLUM, ESQ.
KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Facsimile: (702) 362-9472
*Attorney for Defendant, Brochu*

JOHN KEATING, ESQ.
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, NV 89148
Facsimile: (702) 228-0443
*Attorney for Defendants, Hernandez*

Dated this ___19___ day of October, 2015.

_____
An employee of the law firm of
GANZ & HAUF