# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J.M.M., et al., ) | Case No. 2:14-cv-01197-JAD-NJK |
| Plaintiff(s), ) | ORDER DENYING STIPULATION |
| vs. ) | (Docket No. 73) |
| ANDREA HERNANDEZ, et al., ) | |
| Defendant(s). ) | |

Pending before the Court is the stipulation to extend various deadlines set in the scheduling order. Docket No. 73. The stipulation was filed on November 2, 2015, and seeks to extend some deadlines that have already expired or will expire this week. *See id.* at 5. The Local Rules make plain that requests to extend deadlines established in the scheduling order must be filed at least 21 days before the expiration of the subject deadline. Local Rule 26-4; *see also* Docket No. 19 at 3. The pending stipulation fails to acknowledge the untimeliness of the stipulation as to the above deadlines and fails to establish excusable neglect for the Court to grant the relief sought. *Cf.* Local Rule 26-4 (untimely requests for extensions require a showing of excusable neglect). Accordingly, the stipulation for an extension is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: November 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge