1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10
11
12
13
14
15

| | |
|---|---|
| J.M.M., et al., ) | Case No. 2:14-cv-1197-JAD-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ANDREA HERNANDEZ, et al., ) | |
| ) | |
| Defendant(s). ) | |

16    Pending before the Court is an order for Plaintiffs' counsel to show cause. Docket No. 64. The

17   Court has received a response. Docket No. 72. The Court hereby **SETS** a show cause hearing on the

18   matter for November 4, 2015, at 11:00 a.m. in Courtroom 3C.

19    IT IS SO ORDERED.

20    DATED: November 2, 2015

21
22    _____
        NANCY J. KOPPE
23    United States Magistrate Judge

24
25
26
27
28