# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J.M.M., et al., | ) |
|                       Plaintiff(s), | )   Case No. 2:14-cv-1197-JAD-NJK |
| vs. | )   CORRECTED ORDER |
| ANDREA HERNANDEZ, et al., | ) |
|                       Defendant(s). | ) |

On November 4, 2015, the Court held a hearing on the pending motion for appointment of guardian *ad litem*. Docket Nos. 60, 69. After the conclusion of that hearing, the mother of J.M. and I.M. (Ms. Hargrove) appeared in Court having apparently gone to the wrong courthouse for the hearing. In light of the above, the Court hereby **SETS** a continued hearing on this matter for 10:00 a.m. on November 9, 2015 in Courtroom 3C. Plaintiffs' counsel is **ORDERED** to immediately notify Ms. Hargrove of this order and to file a proof of service no later than November 5, 2015 at noon.

The Court also **SETS** for the same time a hearing on the pending motion to compel. Docket No. 56.

IT IS SO ORDERED.

DATED: November 4, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge