**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| J.M.M., et al., | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-01197-JAD-NJK |
| vs. | ) ORDER |
| ANDREA HERNANDEZ, et al., | ) (Docket No. 82) |
| Defendant(s). | ) |

Pending before the Court is a stipulation related to the improper filing of an exhibit with respect to the pending motion to compel. *See* Docket No. 82; *see also* Docket No. 56 (motion to compel). The stipulation is hereby **GRANTED**. The Clerk's Office is **INSTRUCTED** to seal Docket No. 56 and all exhibits attached thereto. Defendants shall file a properly redacted version of that motion and exhibits no later than November 6, 2015.

The Court once again reminds the parties that they must cease filing documents with the minor plaintiffs' names. Failure to comply in the future will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: November 5, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge