# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J.M.M., et al., | ) |
|            Plaintiff(s), | )   Case No. 2:14-cv-1197-JAD-NJK |
| vs. | )   ORDER |
| ANDREA HERNANDEZ, et al., | ) |
|            Defendant(s). | ) |

Pending before the Court is Plaintiffs' counsel's motion to remove Guardian Jessica Hargrove and appoint proposed Guardian *Ad Litem* Dara Goldsmith. Docket No. 87. Any response to the motion must be filed no later than December 14, 2015. The Court hereby **SETS** a hearing on the motion for December 17, 2015, at 9:00 a.m. in Courtroom 3C. Jessica Hargrove, proposed Guardian *Ad Litem* Dara Goldsmith, and Plaintiff's counsel shall appear at the hearing in person.

No later than December 7, 2015, Plaintiffs' counsel of record shall serve Jessica Hargrove and Dara Goldsmith with this order and shall file a proof of service.

IT IS SO ORDERED.

DATED: December 4, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge