# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

J.M.M., et al.,

            Plaintiff(s),

vs.

ANDREA HERNANDEZ, et al.,

            Defendant(s).

Case No. 2:14-cv-01197-JAD-NJK

ORDER

(Docket Nos. 87, 91)

Pending before the Court is a renewed motion for appointment of Dara Goldsmith as guardian *ad litem* to J.M. and I.M. Docket No. 87. That motion was filed on an emergency basis on December 4, 2015 and, on the same day, the Court set a hearing on the motion for December 17, 2015 at 9:00 a.m. Docket Nos. 87, 88. On December 16, 2015, the parties filed a stipulation to vacate that hearing date because Ms. Goldsmith is unavailable and an adjudication of Plaintiffs' biological mother's parental rights is set for December 30, 2015. Docket No. 91.[1] The Court also notes for the record that Plaintiffs' biological mother appeared at her deposition recently because the Court received a telephone call from counsel regarding several disputes arising during that deposition. As all of this makes clear, the circumstances regarding the pending motion for appointment of a guardian *ad litem* are in flux.

---

[1] It is not clear why the stipulation was filed less than 24 hours before the hearing was set to commence. Especially when they seek emergency treatment of a motion, which generally results in a disruption of the Court's calendar, counsel should ensure in the future that they give the Court prompt notice of any need to reschedule a hearing.

     Rather than setting a new hearing date, the Court finds it more appropriate to deny the motion without prejudice. Accordingly, the motion at Docket No. 87 is hereby **DENIED** without prejudice and the stipulation at Docket No. 91 is hereby **DENIED** as moot.

     IT IS SO ORDERED.

     DATED: December 16, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge