1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

12

13

14

15

| | |
|---|---|
| J.M.M., et al., ) | Case No. 2:14-cv-01197-JAD-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER CONTINUING |
| ) | SETTLEMENT CONFERENCE |
| ANDREA HERNANDEZ, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

16          On December 16, 2015, the undersigned set a settlement conference in this case for March 8,

17     2016. Docket No. 93. Since that time, the status of Plaintiffs' mother as their guardian and the role of

18     Plaintiffs' current counsel in this case has become unclear. In particular, on December 16, 2015,

19     Plaintiffs' counsel filed a motion for appointment of a guardian *ad litem*, indicating that Plaintiffs'

20     mother failed to participate in the case sufficiently to protect the interests of Plaintiffs and, in fact , had

21     sent an email firing Plaintiffs' counsel and seeking dismissal. *See, e.g.*, Docket No. 94 at 2, 8.

22     Plaintiffs' counsel also represented that Plaintiffs' mother was potentially on the verge of losing her

23     parental rights altogether, a determination that was set to be made at a hearing on December 30, 2015.

24     *See id.* at 3. In light of that hearing, the undersigned denied without prejudice the motion for

25     appointment of a guardian *ad litem* and instructed that it be refiled following the hearing. Docket No.

26     96. Rather than refiling that motion, however, Plaintiffs' counsel instead filed an objection to the

27     assigned district judge. Docket No. 97. Defendants have responded to that objection, and have also

28     filed a motion seeking clarification as to who is representing Plaintiffs in this case and whether the case

1  will be dismissed in light of the apparent wishes of Plaintiffs' mother.  Docket Nos. 98, 99.  Plaintiffs'

2  counsel's objections and Defendants' motion for clarification remain pending.  As such, at this time it

3  is unsettled whether the case will proceed and, if the case does proceed, whether Plaintiffs' mother will

4  continue to act as their guardian and which attorney (if any) represents Plaintiffs.

5       In those circumstances, the Court **CONTINUES** the settlement conference to June 14, 2016.

6  The parties shall submit settlement statements no later than June 7, 2016.  All other requirements

7  outlined in the order at Docket No. 93 remain in effect.

8       IT IS SO ORDERED.

9       DATED: February 12, 2016

10

11                 _____

12                 Nancy J. Koppe
                  United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28