**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| J.M.M., et al., ) | |
|                Plaintiff(s), ) | Case No. 2:14-cv-01197-JAD-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| ANDREA HERNANDEZ, et al., ) | |
| ) | |
|                Defendant(s). ) | |

Pending before the Court is a motion to excuse the personal attendance of Defendant Lisa Brochu from the upcoming settlement conference. Docket No. 109. The motion also makes clear that Defendant Brochu will be available telephonically throughout the settlement conference. *Id.* at 2-3. For good cause shown, the motion is hereby **GRANTED**. Defendant Brochu is excused from appearing personally at the settlement conference, but must be available telephonically throughout the settlement conference.

While the Court is granting the pending motion, it is cognizant of the fact that the motion is significantly untimely. *See* Docket No. 93 (order from December 16, 2015, providing that "**[a]ny request for an exception to the above personal attendance requirements must be filed and served on all parties within seven (7) days of the issuance of this order**" (emphasis in original)); Docket No. 100 (order from February 12, 2016, continuing settlement conference but otherwise providing that all previous requirements continued to govern). Counsel for Ms. Brochu are cautioned that they must read

1 and comply with all orders of the Court.  Failure to do so in the future may result in a motion's summary
2 denial or in the imposition of sanctions.
3     IT IS SO ORDERED.
4     DATED: June 6, 2016

                                                        _____
                                                        Nancy J. Koppe
                                                        United States Magistrate Judge