# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J.M.M., et al., | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-01197-JAD-NJK |
| vs. | ) ORDER |
| ANDREA HERNANDEZ, et al., | ) |
| Defendant(s). | ) |

The settlement conference currently set in this case for June 14, 2016, is hereby **CONTINUED** to 9:30 a.m. on October 5, 2016. The Court is destroying the confidential settlement statements submitted to date, and the parties are hereby **ORDERED** to submit confidential settlement statements no later than September 28, 2016. All other requirements in the Court's order setting the settlement conference at Docket No. 93 remain in effect.

IT IS SO ORDERED.

DATED: June 10, 2016

_____
Nancy J. Koppe
United States Magistrate Judge