# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J.M.M., et al., ) | |
| ) | Case No. 2:14-cv-01197-JAD-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ANDREA HERNANDEZ, et al., ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is a motion to excuse the personal attendance of Defendant Lisa Brochu from the upcoming settlement conference. Docket No. 117. For good cause shown, the motion is hereby **GRANTED**. Defendant Brochu is excused from appearing personally at the settlement conference, but must be available telephonically throughout the settlement conference.

IT IS SO ORDERED.

DATED: July 14, 2016

_____
Nancy J. Koppe
United States Magistrate Judge