1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| J.M.M., et al., | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cv-01197-JAD-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANDREA HERNANDEZ, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion to excuse the personal attendance of Defendant Waldo Hernandez from the upcoming settlement conference.  Docket No. 122.  No response has been filed, so the motion is hereby **GRANTED** as unopposed.  *See* Local Rule 7-2(d).

IT IS SO ORDERED.

DATED: August 15, 2016

_____
Nancy J. Koppe
United States Magistrate Judge