# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J.M.M., et al., ) | |
|                  Plaintiff(s), ) | Case No. 2:14-cv-01197-JAD-NJK |
| vs. ) | ORDER |
| ANDREA HERNANDEZ, et al., ) | |
|                  Defendant(s). ) | |

      The settlement conference currently set in this case for October 5, 2016, is hereby **CONTINUED** to 9:30 a.m. on November 14, 2016. The Court is destroying the confidential settlement statements submitted to date, and the parties are hereby **ORDERED** to submit confidential settlement statements no later than 3:00 p.m. on November 7, 2016. All other requirements in the Court's order setting the settlement conference at Docket No. 93 remain in effect.

      IT IS SO ORDERED.

      DATED: September 29, 2016

                                                  _____
                                                  Nancy J. Koppe
                                                  United States Magistrate Judge