JOHN T. KEATING
Nevada Bar No. 6373
RICHARD A. ENGLEMANN
Nevada Bar No. 6965
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*jkeating@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendants
*Andrea Hernandez and Waldo Hernandez*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J.M. and I.M., minors by and through their natural parent and guardian, JESSICA HARGROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREA HERNANDEZ; WALDO HERNANDEZ; ANITA MOODY; LISA BROCHU; KIM KALLAS; LISA RUIZ-LEE; PAULA HAMMACK, DOE Individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO.:   2:14-cv-01197-JAD-NJK<br><br>STIPULATION TO DISMISS THE CROSS CLAIMS OF CROSS-CLAIMANTS CLARK COUNTY AND LISA BROCHU, WITHOUT PREJUDICE<br><br>ORDER |
| COUNTY OF CLARK, a political subdivision of the State of Nevada,<br><br>Cross-Claimant,<br><br>vs. | |

|   |   |
|---|---|
| ANDREA HERNANDEZ, an individual; WALDO HERNANDEZ, an individual; MOES 1-10, inclusive; and MOE CORPORATIONS 1-10, inclusive,<br><br>         Cross-Defendants. | STIPULATION TO DISMISS THE CROSS CLAIMS OF CROSS-CLAIMANTS CLARK COUNTY AND LISA BROCHU, WITHOUT PREJUDICE<br><br>CASE NO.: 2:14-cv-01197-JAD-NJK |
| LISA BROCHU, an individual,<br><br>         Cross-Claimant,<br><br>vs.<br><br>ANDREA HERNANDEZ, an individual; WALDO HERNANDEZ, an individual; MOES 1-10, inclusive; and MOE CORPORATIONS 1-10, inclusive,<br><br>         Cross-Defendants. |   |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the Cross-Claims of Clark County and Lisa Brochu against Andrea and Waldo Hernandez shall be dismissed, without prejudice, each party to bear its own attorney's fees and cost.

DATED this 17 day of October, 2016.          DATED this 19 day of October, 2016.

KEATING LAW GROUP                              KOLESAR & LEATHAM

/s/ Richard A. Englemann                       /s/ Johnathan D. Blum

RICHARD A. ENGLEMANN                           JOHNATHAN D. BLUM
Nevada Bar No.: 6965                           Nevada Bar No.: 9515
9130 West Russell Road, Suite 200              400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89148                        Las Vegas, Nevada 89145
Attorney for Cross-Defendants                  Attorney for Cross-Claimant
Andrea Hernandez                               Lisa Brochu
Waldo Hernandez

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: October 20, 2016.

STIPULATION TO DISMISS THE CROSS
CLAIMS OF CROSS-CLAIMANTS CLARK COUNTY
AND LISA BROCHU, WITHOUT PREJUDICE
CASE NO.: 2:14-cv-01197-JAD-NJK

DATED this 20th day of October, 2016.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

/s/ Felicia Galati

FELICIA GALATI
Nevada Bar No.: 7341
9950 W. Cheyenne Avenue
Las Vegas NV 89129
Attorney for Cross-Claimants
*Clark County*